UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.07cr700 JM |
|                                  ) | |
|             Plaintiff,           ) | |
| v.                               ) | ORDER GRANTING JOINT MOTIONS |
|                                  ) | FOR CONTINUANCE OF SENTENCING |
| ANDY NAOUM,                      ) | HEARING |
|                                  ) | [Docket Nos. 23, 24 & 25 ] |
|             Defendants.          ) | |

    Upon the Joint Motions of counsel and for good cause being shown, the Sentencing Hearing currently scheduled before Judge Miller in Courtroom 16 on March 7, 2008 is hereby continued to *April 11, 2008 at 9:00 a.m.* Counsel should note that this date is different than the date they requested in their motions.

    IT IS SO ORDERED.

DATED: March 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge