UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.07cr700 JM |
| ) | |
| Plaintiff, ) | Order Granting Joint Motion to Continue |
| v. ) | Sentencing Hearing Date [Docket No. 27] |
| ) | |
| ADNAN ANDY NAOUM, ) | |
| ) | |
| Defendants. ) | |

Upon the joint motion of counsel, and for good cause being shown, the Sentencing Hearing currently scheduled before Judge Miller on April 11, 2008 is hereby continued to ***April 25, 2008 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: April 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge